UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | No. 3:07-CR-44 |
| ) | (Phillips) |
| LUIS ERASMO ROSALES-RAMIREZ ) | |

## ORDER

This matter is before the court on the government's objections to the Report and Recommendation filed November 16, 2007, in which the magistrate judge recommended that defendant's motion to suppress evidence seized from the Placita De Los Vientos residence be granted. On January 10, 2007, the defendant entered a guilty plea pursuant to a plea agreement with the government. Accordingly, the government's objections to the Report and Recommendation [Doc. 185] are **DENIED AS MOOT.**

**ENTER:**

        s/ Thomas W. Phillips
United States District Judge